**Order entered October 2, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-19-00699-CR
No. 05-19-00824-CR

**JOSHUA LEWIS NEAL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 6**
**Dallas County, Texas**
**Trial Court Cause No. F16-57003-X & F18-52038-X**

## ORDER

Before the Court is appellant's September 20, 2019 motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief due on or before November 1, 2019.

/s/    LANA MYERS
        JUSTICE